**Su Hyon KIM, Plaintiff—Appellant,**

v.

**MEDIMMUNE, INCORPORATED, Defendant—Appellee.**

No. 04–2120.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 28, 2005.

Decided: Feb. 16, 2005.

Su Hyon Kim, Appellant pro se.

Teresa Burke Wright, John Michael Remy, Michael Nicholas Petkovich, Jackson Lewis LLP, Vienna, Virginia, for Appellee.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Su Hyon Kim appeals the district court's order granting summary judgment to Defendant in this action alleging termination in violation of the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kim v. MedImmune, Inc.*, No. CA–03–3149–PJM (D. Md. filed Aug. 17, 2004; entered Aug. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*